Matthew Shayefar, Esq. (SBN 289685)
Email: matt@shayefar.com
Law Office of Matthew Shayefar, PC
750 N San Vicente Blvd, 800 West
West Hollywood, California 90069
Telephone: 323-948-8101

Attorney for Plaintiffs GO Synergy Media Ltd.,
and AI Artworks Ltd EOOD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO Synergy Media Ltd., and AI Artworks Ltd EOOD<br><br>    Plaintiffs,<br><br>v.<br><br>Identity Digital, Inc., and Does 1-10,<br><br>    Defendants. | Case No.  2:25-CV-11682<br><br>**Complaint for**<br>    **I. Tortious Interference with Contract;**<br>    **II. Tortious Interference with Prospective Economic Advantage;**<br>    **III. Conversion of Intangible Personal Property;**<br>    **IV. Negligence; and**<br>    **V. Declaratory and Injunctive Relief.**<br><br>**Jury Trial Demanded** |

Plaintiffs GO Synergy Media Ltd. and AI Artworks Ltd EOOD, by and through their undersigned Counsel, assert the following Complaint against Defendant Identity Digital, Inc. and Does 1-10.

**<u>Introduction</u>**

1.      For almost three years, Plaintiffs GO Synergy Media Ltd. and, subsequently, AI Artworks Ltd EOOD (collectively, "GSM") have operated an artificial intelligence image generating platform available for use by the public at the domain pornworks.ai ("Pornworks AI" or the "Website").[1] More specifically, Pornworks AI generates adult-oriented AI images and video content. GSM takes particular pride in the fact that Pornworks AI is specifically designed to adhere to strict ethical guidelines to prevent its use for creating content that might be illegal.[2] GSM employs a team of 35 people, including AI engineers, Search Engine Optimization ("SEO") experts, and marketers, all of whom rely on the Website for their livelihood.

2.      The Website has proven to be popular: Pornworks AI has over 1.3 million registered users, 110,000 paying subscribers, and over 100,000 organic visitors each day. At the time of the Defendant's improper interference with the Website, Pornworks AI was

---

[1] As described below, on or about July 29, 2025, GO Synergy Media Ltd. transferred all of its right, title, and interest in the Website to co-Plaintiff AI Artworks Ltd EOOD. Notwithstanding this transfer, GO Synergy Media Ltd. remains listed as the registered owner of the Website on the applicable registry records, which is the reason that GO Synergy Media Ltd. is a party to this Complaint.

[2] *See, e.g.,* https://artificin.com/tools/pornworks-ai ("PornWorks AI is an advanced NSFW content generation platform that uses AI to create adult images and videos while following strict ethical guidelines. The platform employs proprietary AI models to detect and block prohibited content such as minors, violence, and other violations. Combining AI detection with manual human review, PornWorks AI ensures a 99.9% accuracy in filtering out illegal material…. PornWorks AI is designed for users who seek AI-generated adult content with a focus on safety, privacy, and ethical use.") (last accessed December 8, 2025).

1    registering more than 5,000 new members per day, with visitor growth of 15% per month.

2    As might be expected, Pornworks AI generated significant revenue for GSM.

3         3.    Identity Digital, Inc. ("Identity") is the top-level domain registry responsible

4    for the registration and management of ".AI" domains. Although Identity has partnerships

5    with registrars – such as Namecheap, Inc., who process the actual domain name

6    registrations – ultimately it is Identity that has the power and control over domains with

7    ".AI" addresses.

8         4.    On or about October 22, 2025, without warning, Identity summarily

9    suspended the Website, taking it offline entirely.

10        5.    GSM initially contacted Namecheap to have the Website restored but was told

11   that the decision was made by Identity and that only Identity could reverse the suspension.

12   When contacted, Identity told GSM that GSM had to communicate with Namecheap.

13        6.    After Namecheap and Identity kept referring GSM to the other, GSM, through

14   its counsel, wrote to Namecheap and Identity requesting an explanation for the suspension

15   and immediate reinstatement, while also providing evidence that Pornworks AI operated

16   in a manner specifically designed to ensure that it was not in violation of any Terms of

17   Service or Acceptable Use policies.

18        7.    Identity initially refused to provide GSM with any information as to why

19   Pornworks AI had been taken offline.  After repeated inquiries from counsel, Identity

20   finally responded, claiming (without evidence) that it had received "credible reports" that

21   the Website had been used to create illegal content. Identity refused to reinstate the domain,

refused to provide any evidence of the "credible reports" it had received, and indicated that it did not intend to ever reinstate the Website.

8.      By its actions, Identity has caused – and will continue to cause – immeasurable and irreparable damage to GSM. Accordingly, through this Complaint, GSM seeks the immediate reinstatement of the Website, an injunction against future arbitrary actions with respect to the domain, and recovery of its financial losses.

**Parties**

9.      Plaintiff GO Synergy Media Ltd. is a private limited company incorporated in England with offices located at 238 Tiverton Road, Birmingham, England, B29 6BU.

10.     Plaintiff AI Artworks Ltd EOOD is a limited company registered in Bulgaria with offices located at Mladost 4, Block 408, F1.3, Ap.18, 1715 Sofia, Bulgaria.

11.     Defendant Identity Digital, Inc. is a corporation incorporated in the State of Washington with a regular place of business located at 880 Apollo St, El Segundo, CA 90245.

12.     Plaintiffs are ignorant of the true names and capacities of the defendants sued herein as Does 1 through 10, and therefore sues these defendants by fictitious names. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained, Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, each of the fictitiously names defendants is negligently or otherwise responsible in some manner, along with the named defendants, for the occurrences herein

1  alleged, and Plaintiffs' damages as herein alleged were legally and proximately caused by

2  the acts and/or omissions of both the named and the fictitiously named defendants.

3      13.    Plaintiffs are informed and believe, and thereupon allege, that, at all times

4  herein mentioned, the defendants named in this action, as well as the fictitiously named

5  defendants, and each of them, were agents and employees of the remaining defendants, and

6  in doing the things hereinafter complained of, were acting within the course and scope of

7  such agency and/or employment and with the knowledge and consent of the remaining

8  defendants.

9  **Jurisdiction and Venue**

10     14.    This Court has subject matter jurisdiction over this action pursuant to 28

11  U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000,

12  exclusive of interest and costs, and is between citizens of different States.

13     15.    This Court has general personal jurisdiction over Identity because Identity

14  maintains a regular office in this district at 2101 Rosecrans Ave., El Segundo, CA 90245.

15     16.    Venue is proper in the Central District of California pursuant to 28 U.S.C. §

16  1391 as Identity maintains a regular place of business within the District.

17  **Facts**

18     17.    For almost three years, GSM has operated an artificial intelligence image

19  generating platform, available for use by the public at the domain "pornworks.ai."

20     18.    More specifically, on or about February 27, 2023, GSM registered the domain

21  name "pornworks.ai" through Identity's partner-registrar, Namecheap. *See* **Exhibit 1**.

19.    Identity is the top-level domain registry responsible for the registration and management of ".AI" domains. Although Identity has partnerships with registrars – such as Namecheap, Inc., who process the actual domain name registrations – ultimately it is Identity that has the power and control over domains with ".AI" addresses.

20.    GSM registered the domain though Namecheap for an initial period of four (4) years. As with any domain name registration, the registrant is permitted to renew the domain indefinitely once it is registered, so long as the registrant pays the fees associated with such registration.

21.    On or about July 29, 2025, GO Synergy Media Ltd. transferred all of its right, title, and interest in the Website to co-Plaintiff AI Artworks Ltd EOOD. Notwithstanding this transfer, GO Synergy Media Ltd. remains listed on the applicable registry records as the registered owner of the Website, which is the reason that GO Synergy Media Ltd. is a party to this Complaint. As referenced in the opening paragraph, GO Synergy Media Ltd. and AI Artworks Ltd EOOD are collectively defined and referred to as "GSM."

22.    Pornworks AI allows visitors to the Website to use proprietary artificial intelligence (AI) technology to create adult-oriented AI images and video content. Users provide search terms – known as "prompts" and the technology creates AI images and video content based on the users' requests.

23.    In creating its proprietary technology and in developing its website, GSM was fully cognizant of the potential for the misuse of such technology. For that reason, GSM was intent on creating a website that – unlike many of its competitors – took all reasonable

Complaint – Go Synergy Media Ltd. v. Identity Digital, Inc. et al.

steps to ensure that its technology would not be used for the creation of illegal content.

24.    Indeed, GSM has an **eight-step process** that it employs to ensure that its technology is not used to create illegal content. A detailed explanation of that process is attached hereto as **Exhibit 2**.

25.    In the **first phase**, user prompts are scanned for prohibited keywords, phrases, or references to real persons before processing. If a match occurs, image generation is blocked.

26.    In the **second phase**, AI technology is used to automatically analyze prompts for risk in five categories (violence, non-consent, hate, minors, and illegal content). Any prompt scoring above a certain confidence threshold in any category or any combination of categories is rejected prior to generation of any image or video.

27.    In the **third phase**, prompts and resulting images are checked for references to real people or strong likenesses. Content involving recognizable persons (both celebrities and private persons) is blocked or removed.

28.    In the **fourth phase**, generated images are analyzed using Contrastive Language-Image Pre-training ("CLIP") based models to estimate age and body characteristics. In the simplest terms, a CLIP based model utilizes an AI-based matching analysis. The AI takes millions of images with captions for those images and learns how the images match up with the text associated with those images. In that way, the AI can "learn" what an image of an underage person most likely looks like. In this phase, any content that could depict minors is automatically deleted, and the user is notified.

29.     In the **fifth phase**, Sigmoidal Large Image Pre-training 2 (SigLIP2) technology is utilized. SigLIP2 is a group of multilingual vision-language models developed by Google DeepMind for image classification. It is much like CLIP model testing, but SigLIP 2 was trained on the massive WebLI dataset, which includes 10 billion images and 12 billion text captions across 109 languages, giving it strong cross-lingual capabilities. In this phase, all generated images are tested to detect inappropriate or illegal visual elements. Any concerning content is automatically blocked.

30.     The **sixth phase** is user moderation and flagging: Users can report images at any time and reported images are automatically unpublished after one report and reviewed manually by moderators.

31.     The **seventh phase** is Human Moderation and Account Enforcement: a moderation team reviews public galleries daily and can delete single images, full series, or user accounts as needed.

32.     Finally, the **eighth phase** is the use of Cloudflare's CSAM Scanning Integration. Pornworks AI uses Cloudflare's CSAM Scanning Tool, which matches all user-requested images (served via content delivery network) against vetted databases maintained by organizations such as the National Center for Missing and Exploited Children and Interpol. If a match occurs, Cloudflare immediately blocks access to the content and notifies GSM's compliance contact. GSM then files the appropriate reports with the proper authority.

33.     GSM takes the steps outlined above because it specifically and intentionally

designed Pornworks AI to adhere to strict ethical guidelines to prevent its use for creating content that might be illegal.[3] None of this is accidental. GSM has specifically built a brand around the ethical use of AI for the creation of adult content.

34.    The pornworks.ai website has proven to be popular: Pornworks AI has over 1.3 million registered users, 110,000 paying subscribers, and over 100,000 organic visitors each day. At the time of the Defendant's improper interference with the Website, Pornworks AI was registering more than 5,000 new members per day, with visitor growth of 15% per month. As might be expected, Pornworks AI generated significant revenue for GSM.

35.    On or about October 22, 2025, without warning, Identity summarily suspended the Website, taking it offline entirely.

36.    GSM immediately contacted Namecheap to inquire into the cause of the suspension of the domain and was told that the decision was made by Identity. See **Exhibit 3.**

37.    When GSM contacted Identity, though, they claimed they could not provide assistance and told GSM that GSM could only communicate through Namecheap. See

---

[3] *See, e.g.,* https://artificin.com/tools/pornworks-ai ("PornWorks AI is an advanced NSFW content generation platform that uses AI to create adult images and videos while following strict ethical guidelines. The platform employs proprietary AI models to detect and block prohibited content such as minors, violence, and other violations. Combining AI detection with manual human review, PornWorks AI ensures a 99.9% accuracy in filtering out illegal material.... PornWorks AI is designed for users who seek AI-generated adult content with a focus on safety, privacy, and ethical use.") (last accessed December 8, 2025).

Complaint – Go Synergy Media Ltd. v. Identity Digital, Inc. et al.

**Exhibit 4**.

38.    After Identity and Namecheap continued to refer GSM to the other for resolution, counsel for GSM wrote to both Namecheap and Identity seeking resolution of the matter, again providing Identity with extensive information about GSM's process for avoiding the creation of any illegal content.  See **Exhibit 5**.

39.    After repeated inquiries from counsel, Identity finally responded, claiming (without evidence) that it had received "credible reports" that the Website had been used to create illegal content. See **Exhibit 6**.

40.    On information and belief, Identity also communicated the "credible reports" to Namecheap.

41.    Nevertheless, Identity refused to reinstate the domain, refused to provide any evidence of the "credible reports" it had received, and indicated that it did not intend to ever reinstate the Website.

42.    As a result, GSM has been improperly deprived of its property interest in the domain; has lost (and will continue to lose) the income generated by the Website; and is losing – on a daily basis – the Website's organic growth.

### Count I – Tortious Interference with Contractual Relations

43.    GSM repeats and realleges each of the allegations set forth in paragraph 1 through 42 hereof as if set forth in full herein.

44.    GSM has a legally binding contract with Namecheap for the registration and administration of the pornworks.ai domain name.

45.    Identity is aware of the existence of this contract.

46.    GSM also has legally binding contracts with the users of the pornworks.ai website.

47.    On information and belief, Identity is aware of the existence of these contracts.

48.    Identity has intentionally interfered with GSM's contract with Namecheap.

49.    Identity has intentionally interfered with GSM's contracts with the users of the Website.

50.    In each instance, Identity's interference was wrongful in motive and unjustified. For example, Identity acted without having first afforded GSM any opportunity to respond to the false allegations and, when presented with contrary information, Identity failed to reassess its interference and, instead, persisted with its wrongful course of conduct.

51.    In each instance, Identity has caused an actual breach of the relevant contracts.

52.    In each instance, GSM has suffered – and continues to suffer – actual injury.

### Count II – Intentional Interference with Prospective Economic Advantage

53.    GSM repeats and realleges each of the allegations set forth in paragraph 1 through 42 hereof as if set forth in full herein.

54.    GSM has an economic relationship with Namecheap for the registration and administration of the pornworks.ai domain name.

55.    Identity is aware of the existence of this relationship.

56.    GSM also has legally economic interests with the users of pornworks.ai

Complaint – Go Synergy Media Ltd. v. Identity Digital, Inc. et al.

website, as well as prospective economic relationships with individuals who would have become users of the Website but for Identity's wrongful interference.

57.    On information and belief, Identity is aware of the existence of these relationships and prospective relationships.

58.    Identity has intentionally interfered with GSM's relationship with Namecheap.

59.    Identity has intentionally interfered with GSM's relationships with the users and prospective users of the Website.

60.    In each instance, Identity's interference was wrongful in motive and unjustified. For example, Identity acted without having first afforded GSM any opportunity to respond to the false allegations and, when presented with contrary information, Identity failed to reassess its interference and, instead, persisted with its wrongful course of conduct.

61.    In each instance, Identity has caused an actual breach of the relevant relationships.

62.    In each instance, GSM has suffered – and continues to suffer – actual injury.

## Count III – Conversion of Intangible Personal Property

63.    GSM repeats and realleges each of the allegations set forth in paragraph 1 through 42 hereof as if set forth in full herein.

64.    GSM has a property interest in the Pornworks.ai domain name.

65.    Identity substantially interfered with GSM's property interests by knowingly,

intentionally, and permanently taking down the website located at pornworks.ai, and/or by causing the same to occur.

66.    GSM did not consent to the actions of Identity.

67.    GSM has been harmed as a result of Identity's wrongful conduct.

68.    Identity's conduct was a substantial factor causing GSM's harm.

<u>**Count IV - Negligence**</u>

69.    GSM repeats and realleges each of the allegations set forth in paragraph 1 through 42 hereof as if set forth in full herein.

70.    Identity owed GSM a general duty of care to avoid causing harm to GSM or its property.

71.    Identity breached its duty of care as described above.

72.    Identity's breach caused – and continues to cause – harm to GSM.

73.    GSM has suffered damages as a result of Identity's negligence.

<u>**Count V – Declaratory and Injunctive Relief**</u>

74.    GSM repeats and realleges each of the allegations set forth in paragraph 1 through 42 hereof as if set forth in full herein.

75.    An actual controversy exists between GSM and Identity as to whether GSM violated Identity's Acceptable Use Policies.

76.    The dispute between the parties is ripe for adjudication.

77.    GSM is entitled to a declaratory judgment that it has not violated Identity's Acceptable Use Policies.

## **Request for Relief**

WHEREFORE, Plaintiffs respectfully pray for the following relief:

1.      That the Court enter judgment in favor of GSM on all Counts of this Complaint;

2.      That the Court enter final judgment against the Defendants and award damages to GSM on all of the Counts set forth in the Complaint in an amount to be determined at trial of no less than $1,000,000;

3.      That the Court issue a permanent injunction requiring the restoration of the porwnworks.ai domain and preventing Identity from improperly interfering with GSM's rights in the pornworks.ai domain;

4.      That the Court issue a declaratory judgment that GSM has not violated Identity's Acceptable Use Policies; and

5.      That the Court award such other and further relief as is just and proper, including, but not limited to, attorney's fees, costs, and expenses.

## **Plaintiffs Demand a Trial by Jury on all Claims so Triable.**

Dated: December 9, 2025          Respectfully submitted,
                                                    Plaintiffs,
                                                    By their attorney,

                                                    /s/ Matthew Shayefar
                                                    Matthew Shayefar, Esq. (SBN 289685)
                                                    Law Office of Matthew Shayefar, PC

# Exhibit 1



# Exhibit 2

v3.91 - 30.09.2025

# PornWorks AI - content moderation, reporting system

All user generated content is strictly monitored through a 8 level system to prevent creation and publication of material containing known persons, hate and hate speech, violence and non-consentual acts, self harm, minors,  animals in sexual poses, war machinery and guns,

Level 1: Hard coded blacklist scanning all prompts - before processing
Level 2: Automated Scoring of prompts - before processing
Level 3: Scan for known persons or strong likeness - before publishing
Level 4: CLIP Scoring of age and body features of minors
NEW: Level 5: SigLIP2 - Scoring and classification of all images
Level 6: Flagging & User Reporting
Level 7: Moderation / Deletion
NEW: Level 8: Cloudflare CSAM Scanning Tool


## Level 1: Hard coded blacklist scanning all prompts - before processing

A blacklist is implemented on system level to prevent the use of "unsafe words" and/or known persons  in text prompts. All words and phrases in prompts are matched against the blacklist upon submitting the prompt for image generation. If a match occurs, the image is not generate
Example:

Input:                                        Result:




Code excerpt:



## Level 2: Automated Scoring of prompts - before processing

An AI-powered automatic moderation is in place to analyze the prompts and create a score for each of the following 5 categories:

| CATEGORY | DESCRIPTION |
| --- | --- |
| hate/threatening | Hateful content that also includes violence or serious harm towards the targeted group. |
| self-harm | Content that promotes, encourages, or depicts acts of self-harm, such as suicide, cutting, and eating disorders. |
| sexual/minors | Sexual content that includes an individual who is under 18 years old. |
| violence | Content that promotes or glorifies violence or celebrates the suffering or humiliation of others. |
| violence/graphic | Violent content that depicts death, violence, or serious physical injury in extreme graphic detail. |

The score denotes the model's confidence that the input violates our policy for the category. The value is between 0 and 1, where higher values denote higher confidence. A score of >0.2 will trigger the system and prevent execution of image generation.

Code example:

```
{
  'id': 'modr-XXXXX',
  'model': 'text-moderation-001',
  'results': [
    {
      'categories': {
        'hate': false,
        'hate/threatening': false,
        'self-harm': false,
        'sexual': false,
        'sexual/minors': false,
        'violence': false,
        'violence/graphic': false
      },
      'category_scores': {
        'hate': 0.18805029177168073,
        'hate/threatening': 0.0001250059431185946,
        'self-harm': 0.0003706628002427343,
        'sexual': 0.008073861541084200,
        'sexual/minors': 0.0007470346172340214,
        'violence': 0.0041268072492409015,
        'violence/graphic': 0.00036236146785759940
```

Code example:

```
const response = await axios.post('https://*/v1/moderations', data, {
    headers: {
        'Content-Type': 'application/json',
        'Authorization': `Bearer ${ApiKey}`,
    },
})

const score = response.data.results[0]['category_scores']['sexual/minors'];

if (score >= 0.2) {
  throw new Error('Prompt is not valid');
}
```

Input:



Result:



v3.91 - 30.09.2025

## Level 3: Scan for known persons or strong likeness - before publishing

During the image generation process user prompts are scanned for any mentions of names.
Users are **prevented** **from publishing** any content that includes an image or strong likeness to an actual person.
Images that are based on user uploaded images are also prevented from being published.
Additionaly, all published images are scanned for images of or strong likeness to actual persons and, in case of any doubt, removed immediately from the public gallery.

| prompt VARCHAR | gpt_filtered BIT | bad_name VARCHAR |
|---|---|---|
| best quality, skin pores, ultra-detailed, ( busty Kayla Erin) kneeling, masterpiece, finely... | 1 | Kayla Erin |
| long ginger hair, slim body small breast, red hairy pussy,  Emma Watson, naked, one girl,... | 1 | Emma Watson |
| 70mm lens, complex braided hair, hourglass figure, aesthetic, symmetrical, posing, (sm... | 1 | Scarlett Johansson |
| action shot, photo of a (stunningly attractive) busty nude ebony irish (Malaysian Kayla E... | 1 | Kayla Erin |
| action shot, photo of a (stunningly attractive) busty nude ebony irish (Malaysian Kayla E... | 1 | Malaysian Kayla Erin |
| full length image, wonder woman, latex, selena gomez, short black hair, voluptuous brea... | 1 | selena gomez |
| full length image, wonder woman, latex, selena gomez, detailed face, beautiful short bla... | 1 | selena gomez |
| 70mm lens, complex braided hair, hourglass figure, aesthetic, symmetrical, posing, (sm... | 1 | Scarlett Johansson |
| a girl in a cozy room, tight dress, laces, detailed face, jennifer lawrence , single long bra... | 1 | jennifer lawrence |
| full length image, choker, attractive face, breasts supported by hands,  legs apart, high... | 1 | ana de armas |
| 70mm lens, complex braided hair, hourglass figure, aesthetic, symmetrical, posing, (sm... | 1 | Scarlett Johansson |
| 70mm lens, complex braided hair, hourglass figure, aesthetic, symmetrical, posing, (sm... | 1 | Scarlett Johansson |
| Scarlett Johansson in latex dress¶ | 1 | Scarlett Johansson |
| Scarlett Johansson in lingerie¶ | 1 | Scarlett Johansson |
| a girl in a cozy room at fullmoon, tight dress, laces, detailed face, jennifer lawrence , sin... | 1 | jennifer lawrence |

## Level 4: CLIP Scoring of age and body features of minors

All generated images are being rated before publication, age estimated and body features like breast size quantified. If certain thresholds are met, the image is deleted and the user notified.



```
{
    "underage": {
        "underage": false,
        "keywords": [],
        "notes": "The text does not contain any explicit
mentions of children or underage individuals."
    },
    "age": {
        "labels": {
            "adult": 0.961918,
            "minor": 0.038082
        }
    },
    "breasts": {
        "labels": {
            "big_breasts": 0.077892,
            "small_breasts": 0.922108
        }
    },
```

v3.91 - 30.09.2025

# NEW: Level 5: SigLIP2 - Scoring and classification of <u>all</u> images

Since 1.9.2025 all images (even the ones that are generated privately and not published) are run through a multilingual vision language encoder to interpret the image, evaluate it and block delivery if certain thresholds are met.



The flagged material as well as reported false-positives is being reviewed and used as further training material.





Scorings:

```
{
    "affected": {
        "under        .0001,
        "under        0001,
        "under      : 0.0001,
        "under        .0001,
        "under      t": 0.0001,
        "under    l_with_adult": 0.0001,
        "adul      .with_adult": 0.0004,
        "under      : 0.0003,
        "under    as": 0.0035,
        "adul        0.0003,
        "adul      : 0.0004,
        "under    .0044,
        "adul    15,
        "under    l": 0.0004,
        "adul        0.0001,
        "under    girl": 0.0003,
        "adul    l": 0.0008,
        "adul
        "adul      04,
        "adul      008,
        "best    .sex": 0.0005,
        "waste    1,
        "waste    03,
        "waste    7,
        "waste      0.0005,
        "waste    35,
        "waste    "
    },
    "minor_risk": "0.00967",
    "adult_confidence": "0.00479",
    "bestiality_risk": "0.00050",
    "thresholds": {
        "underage": 0.005,
        "bestiality": 0.05
    }
}
```

v3.91 - 30.09.2025

## Level 6: Flagging & User Reporting

Users can report any image. All reported images are manually reviewed by moderators. Images reported more than 1 time are automatically unpublished.



## Level 7: Moderation / Deletion

A team of 3 moderators is screening the public gallery. Moderators have the option to
- delete an individual image
- delete all images of a series
- delete all images from that particular user
- ban the user images they deem inappropriate

Example Moderation Interface:



## NEW: Level 8: Cloudflare CSAM Scanning Tool

Cloudflare's CSAM Scanning Tool is enabled for the all web properties. The control uses perceptual ("fuzzy") hashing to compare images served from our site against vetted hash lists of known child sexual abuse material (CSAM) maintained by trusted partners (e.g., NCMEC, Interpol). When a match is detected, Cloudflare blocks access to the offending URL and notifies our designated contacts. We, as the site operator, retain responsibility for filing any required reports with NCMEC or our regional equivalent.

Objective: Reduce risk of hosting or distributing CSAM on our platform and demonstrate proactive detection & response controls



**Control description (how it works)**

Activation: The control is enabled at the Cloudflare zone level; notification email(s) are verified.
Scanning scope: Images delivered via Cloudflare's cache for the covered domains.
Technique: Cloudflare computes a perceptual (fuzzy) hash for each image and checks it against partner-maintained lists of known CSAM hashes.
Detection event: A match creates a detection event with high confidence, even if the source image was cropped, filtered, or slightly altered.
Automatic remediation: Cloudflare blocks the URL associated with the detected content and notifies our team.
Operator reporting: Our organization is responsible for filing reports to NCMEC or our regional authority.

Source: https://blog.cloudflare.com/a-simpler-path-to-a-safer-internet-an-update-to-our-csam-scanning-tool/

# Exhibit
# 3

From: AI ArtWorks Ltd <realisticAI@proton.me>
Date: On Friday, 24 October 2025 at 00:18
Subject: Re: [NC-VHR-8498] Namecheap Chat Follow-Up: Issues with the domain "pornworks.ai".
To: Namecheap Legal & Abuse Team <legalandabuse@namecheap.com>

Thank you for that information.

Please ask the Registry two questions:

1. Which authority has requested our domain to be locked?

2. What we can do to get the domain cleared again?

We are actively fighting NCII and CSAM and have millions of users generating hundreds of millions of images. We have a robust reporting and moderation structure but are happy to engage and willing to invest make it even better.

Thank you very much!
Clark Foremen


On Thursday, 23 October 2025 at 23:58, Namecheap Legal & Abuse Team <legalandabuse@namecheap.com> wrote:

Hello,

Thank you for your patience.

We have received the response from the Registry regarding the matter.

To our regret, the unsuspension of the domain name in question has been declined by the Registry due to AUP violations (NCII and CSAM).

Unfortunately, the issue cannot be resolved from our end as this part is entirely controlled by the Registry, not a Registrar such as Namecheap.

Thank you for understanding.

-
Best regards,
Namecheap Team

# Exhibit
4

On Wed, Oct 22, 2025 at 6:11 PM Identity Digital Technical Support <noreply@identity.digital> wrote:

~~ Please reply above this line. ~~

Dear Clark,

Due to the nature of the agreement in place between ourselves and accredited registrars, we are not permitted to provide direct assistance to yourself as a domain registrant. According to the below WHOIS transcript, your sponsoring registrar is:

NameCheap, Inc

**It is the responsibility of your registrar to act on your behalf for any issues that require addressing with the registry. They should contact us on your behalf.**

For a summary of the rights and responsibilities of registrants as defined by ICANN, please see:

https://www.icann.org/resources/pages/benefits-2013-09-16-en


Sincerely,

**Laura Vona**

Identity Digital Technical Support

Email: techsupport@identity.digital

Phone: +1.416.646.3306

Fax: +1.416.646.3305

Donuts and Afilias have rebranded to Identity Digital


**Please consider the environment before printing this email.**

# Exhibit 5

| | |
|---|---|
| **From:** | Val Gurvits |
| **To:** | legalandabuse@namecheap.com; support@identity.digital; regulatorycontact@identity.digital; compliance@identity.digital |
| **Cc:** | Frank Scardino; realisticAI@proton.me; clark.foremen@gmail.com |
| **Subject:** | [NC-VHR-8498] Namecheap Chat / [Identity Digital Technical Support - Case ID-6130] URGENT: pornworks.ai Domain locked |
| **Date:** | Tuesday, October 28, 2025 9:39:12 AM |
| **Attachments:** | PornWorks_AI_Compliance_Statement.pdf |
| **Importance:** | High |

Dear Sir or Madam,

Please be advised that this law firm represents PornWorks.ai (the "Domain").

As you know, you have locked the Domain without providing any explanation to my client. As of now, the Domain is not operational, resulting in extensive financial and reputational losses to my client.

The Domain is not in violation of any laws, regulations or your Acceptable Use Policy. Indeed, as explained in the attached Compliance Statement, the Domain is operated so as to be in full compliance with all applicable laws, regulations and policies. The Domain is an adult AI image generation service that strictly prohibits any underage, non-consensual, hateful, or otherwise illegal content. The Domain uses an 8-level content safety system including AI prompt moderation, real-person detection, age classification, human review, and Cloudflare's CSAM Scanning Tool (integrated with NCMEC/Interpol databases). Indeed, the Domain is fully compliant with Identity Digital's Acceptable Use Policy and committed to maintaining a secure and lawful platform.

Accordingly, I request that you immediately:

1. Remove the Suspension
2. Provide all documents, correspondence, and any other information explaining why the Domain was suspended, including the identification of all individuals involved in the decision to suspend the Domain.
3. Initiate a litigation hold on all documents, correspondence, and any other information related to the decision to suspend the Domain.

To the extent that you are unwilling to remove the suspension, please provide a detailed explanation as to why, including why you believe the Domain violates any law, regulation or AUP, together with detailed specific examples of such alleged violations.

**I believe that your suspension of the Domain violated your policies and procedures, and has exposed both Namecheap and Identity Digital to liability for my client's**

**losses.  However, if the Domain suspension is removed within 2 (two) days from the date of this email, my client has agreed to hold you harmless of any such damages.**

I look forward to your prompt cooperation with the above.

Very truly yours,

Val Gurvits
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459 USA
Direct:  (617) 928-1804
Tel:       (617) 928-1800
Fax:       (617) 928-1802
vgurvits@bostonlawgroup.com

------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

Dear Identity Digital Compliance Team,

I am writing as the owner and operator of PornWorks.AI, an adult-oriented AI image generation platform.
We fully recognize and support Identity Digital's Acceptable Use Policy (AUP) and share your commitment to ensuring a safe, legal, and abuse-free internet.

We actually go through great lengths in keeping our platform with over 2M registered users and 200k daily users safe. Please find the details of our 8 level content moderation and safety and compliance system here.

We would like to confirm unequivocally that PornWorks.AI strictly prohibits and actively prevents the creation, upload, distribution, or publication of any content that violates Identity Digital's AUP, including but not limited to:
- Child sexual abuse material (CSAM) or any depiction of minors
- Non-consensual, violent, hateful, or harassing content
- Malware, spam, or fraudulent activity
- Impersonation of real persons or misuse of copyrighted or trademarked material

**Summary of Our Safety and Compliance Systems**
- Level 1: Prompt Blacklist Filtering

All user prompts are scanned for prohibited keywords, phrases, or references to real persons before processing. If a match occurs, image generation is blocked.

- Level 2: AI Prompt Scoring

Prompts are automatically analyzed for risk in five categories (violence, non-consent, hate, minors, and illegal content). Any prompt scoring above 0.2 confidence in any category is rejected prior to generation.

- Level 3: Likeness and Identity Protection

All prompts and resulting images are checked for references to real people or strong likenesses. Content involving recognizable persons (celebrity or private) is blocked or removed.

- Level 4: Age and Body Feature Detection

Generated images are analyzed using CLIP-based models to estimate age and body characteristics. Any content that could depict minors is automatically deleted, and the user notified.

- Level 5: SigLIP2 Image Classification (as of Sept 2025)

All generated images—public or private—undergo a multilingual visual-language classification to detect inappropriate or illegal visual elements. Any concerning content is automatically blocked.

- Level 6: User Reporting and Flagging

Users can report images at any time. Reported images are automatically unpublished after one report and reviewed manually by moderators.

- Level 7: Human Moderation and Account Enforcement

A moderation team reviews public galleries daily and can delete single images, full series, or user accounts as needed.

- Level 8: Cloudflare CSAM Scanning Integration

PornWorks.AI uses Cloudflare's CSAM Scanning Tool, which matches all images (served via CDN) against vetted databases maintained by organizations such as NCMEC and Interpol. If a match occurs, Cloudflare immediately blocks access to the content and notifies our compliance contact. We file any required reports with the appropriate authority.


**Our Commitment**

PornWorks.AI operates exclusively within legal adult-content parameters and is firmly committed to preventing any form of illegal or abusive
material on our platform. We maintain continuous improvement of our safety infrastructure and cooperate fully with hosting providers, registrars,
and law enforcement agencies when required.


We respectfully request that our domain pornworks.ai be reviewed and reinstated, as it is compliant with Identity Digital's Acceptable Use Policy
and demonstrates industry-leading safeguards to protect against abuse and illegal content.


Please do not hesitate to contact me directly for any further technical details, documentation, or verification of our compliance systems.

Sincerely,

Clark Foremen
Director PornWorks.AI

# Exhibit
# 6

| | |
|---|---|
| **From:** | Identity Digital Technical Support |
| **To:** | Val Gurvits |
| **Cc:** | Frank Scardino |
| **Subject:** | [Identity Digital Technical Support - Case ID-6479] Re: [NC-VHR-8498] Namecheap Chat Follow-Up: Issues with the domain "pornworks[.]ai". |
| **Date:** | Friday, November 7, 2025 3:28:54 PM |

~~ Please reply above this line. ~~

Dear Val,

Thank you for contacting Identity Digital about the domain name pornworks[.]ai, which was previously suspended by our abuse team for violations of the .AI Acceptable Use Policy.  Our team received credible reports that the domain was being used to create child sexual abuse material and non-consensual intimate imagery, both of which are violations of the .AI AUP and grounds for domain suspension. These are not the first such allegations against this domain name, and we do not intend to remove the suspension at this time. Please note, this communication is a one-time courtesy.  All future communications must be directed through the domain name's registrar of record.

Sincerely,

**Laura Vona**
Identity Digital Technical Support
Email: techsupport@identity.digital
Phone: +1.416.646.3306
Fax: +1.416.646.3305
Donuts and Afilias have rebranded to Identity Digital

**Please consider the environment before printing this email.**

Identity.Digital

**On Nov 7, 2025 8:58:45 AM vgurvits@bostonlawgroup.com wrote:**

Dear Identity Digital, the silence is deafening!

My client is losing more and more money and we have heard absolutely nothing from you. You're really giving us no choice, but to go to court. I try to avoid litigation whenever possible.  It is really unfathomable and quite frankly unprofessional that you're not explaining the rationale for taking the website off-line.

What's going on?

Val Gurvits